GUTTILLA MURPHY ANDERSON, P.C.
Dawn M. Maguire (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Maureen Gaughan, the Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:

BRIAN E. HOKE,

　　　　Debtor.

Case No. 2:21-bk-02498-DPC

Chapter 7

**NOTICE OF HEARING ON TRUSTEE'S APPLICATION FOR ORDER TO SHOW CAUSE**

**Hearing Date:** May 2, 2022
**Hearing Time:** 11:00 am
**Hearing Place:** Videoconference hearing
　　　　　　　　ZOOMGov Meeting

**NOTICE IS HEREBY GIVEN** that the Chapter 7 Trustee, Maureen Gaughan ("Trustee"), has filed an Application for Order to Show Cause (the "Application"), requesting a hearing on why the Debtor has not complied with the Court's Turnover Order dated January 18, 2022.

Per the attached Order to Show Cause, the hearing will be held on May 2, 2022 at 11:00 a.m. via Videoconference on ZoomGov Meeting at the following address:

Join ZoomGov Meeting
https://www.zoomgov.com/j/1605289889?pwd=eGdIYjhhY2ViaXFvMHJXeDZoUTVQQT09
Meeting ID: 160 528 9889
Passcode: 479849

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

One tap mobile
+16692545252,,1605289889#,,,,*479849# US (San Jose)
+16468287666,,1605289889#,,,,*479849# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
Meeting ID: 160 528 9889
Passcode: 479849
Find your local number: https://www.zoomgov.com/u/acwuTEhs8

Join by SIP
1605289889@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 528 9889
Passcode: 479849

Guidelines for matters set for videoconference hearings are found at azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

If appearing by telephone: The conference line is (877) 873-8018 and the Access Code is 7217155. Any person appearing telephonically assumes the risk that they cannot be adequately heard and understood by the Court.

    DATED this 6th day of April, 2022.

                      GUTTILLA MURPHY ANDERSON, P.C.

                      /s/ Dawn M. Maguire
                      Dawn M. Maguire
                      Attorneys for the Trustee Maureen Gaughan

SO ORDERED.

Dated: April 5, 2022

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

BRIAN E. HOKE,

Debtor.

Chapter 7

Case No. 2:21-bk-02498-DPC

**ORDER TO SHOW CAUSE**

Hearing: May 2, 2022 at 11:00 a.m.

This matter having come before the Court on the Trustee's *Application for Order to Show Cause* and the Court being duly advised,

**IT IS HEREBY ORDERED** that Brian E. Hoke ("Debtor") shall appear before this Court on the 2nd day of May, 2022 at 11:00 a.m. before the Honorable Daniel P. Collins at the United States Bankruptcy Court, via a Zoom videoconference hearing, and show cause, if any, why the Debtor should not be held in contempt for his failure to comply with this Court's *Turnover Order* dated January 18, 2022 at docket number 43.

At the hearing, the Court will consider the Trustee's request to impose a daily sanction against the Debtor of $100.00 per day until he complies with the Court's Order.

**IT IS FURTHER ORDERED** PLEASE TAKE FURTHER NOTICE that parties shall appear via ZOOMGov Meeting at the following address:

Join ZoomGov Meeting
https://www.zoomgov.com/j/1605289889?pwd=eGdIYjhhY2ViaXFvMHJXeDZoUTVQQT09

Meeting ID: 160 528 9889
Passcode: 479849

One tap mobile
+16692545252,,1605289889#,,,,*479849# US (San Jose)
+16468287666,,1605289889#,,,,*479849# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
Meeting ID: 160 528 9889
Passcode: 479849
Find your local number: https://www.zoomgov.com/u/acwuTEhs8

Join by SIP
1605289889@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 528 9889
Passcode: 479849

Guidelines for matters set for videoconference hearings are found at azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

If appearing by telephone: The conference line is (877) 873-8018 and the Access Code is 7217155. Any person appearing telephonically assumes the risk that they cannot be adequately heard and understood by the Court.

**IT IS FURTHER ORDERED** Trustee shall serve this Order on Brian E. Hoke and file a service certificate.

**DATED AND SIGNED ABOVE**